■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SAGGINARIO, Appellant. — Appeals by defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Brennan, J.), both imposed December 15, 1983. ¶ Sentences affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Thompson, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO SMALLS, Appellant. — Appeal by defendant from two judgments of the County Court, Westchester County (Nastasi, J.), both rendered February 9, 1982, convicting him of burglary in the second degree and attempted robbery in the second degree, upon pleas of guilty, and imposing sentences. ¶ Judgments affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT A. SONEGO, JR., and MICHAEL B. PAGANO, Appellants. — Two judgments (one as to each defendant) of the Supreme Court, Suffolk County (McInerney, J.), both rendered July 7, 1983, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TROMP, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered September 17, 1982, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Lazer, J. P., O'Connor, Rubin and Boyers, JJ., concur.